1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALIE BARRON, an individual; and ANGELA PERALTA, an individual, | CASE NO.: **2:15-cv-03616-JAK-AS** |
| Plaintiffs, | |
| v. | **ORDER DENYING PLAINTIFF'S *EX PARTE* TO REMAND ACTION TO STATE COURT** |
| WAL-MART STORES, INC., a Delaware Corporation; WAL-MART ASSOCIATES, INC., a Delaware Corporation; and DOES 1 through 20, | |
| Defendants. | |

On March 14, 2016, Defendant filed a Motion for Summary Judgment, noticed for a hearing on April 11, 2016. Dkt. 33. Plaintiff simultaneously filed a Motion to Remand, noticed for a hearing on May 16, 2016. Dkt. 35. On March 15, 2016, the Court issued an Order setting a briefing schedule for both the Motion for Summary Judgment and the Motion to Remand, and taking the Motion to Remand under submission. Dkt. 36. All briefing is set to be completed on the Motion to Remand by March 30, 2016, at which point the Court will issue a written ruling in advance of the hearing on the

1 Motion for Summary Judgment.

2      On March 16, 2016, Plaintiff filed an *Ex Parte* Application to Remand Action to State Court

3 ("Application"). Dkt. 37. The Application states that it "is intended to supersede the Motion to

4 Remand filed on March 14, 2016. Exigent circumstances exist because Defendant Wal Mart,

5 knowing this remand motion was to be filed, raced to the Courthouse to seek case dispositive relief in

6 a case where Federal jurisdiction no longer exists." *Id.* at 2. However, Plaintiff has failed to show that

7 exigent circumstances exist, in light of the March 15 Order setting a briefing schedule for the Motion

8 to Remand in advance of the Motion for Summary Judgment. Therefore, Plaintiff's Application is

9 DENIED for failure to demonstrate an emergency, and because the relief sought is moot. The parties

10 shall continue to comply with the briefing schedule established by the March 15 Order. Dkt. 36.

11

12 **IT IS SO ORDERED:**

13

Date: March 22, 2016

14

_____
The Honorable John A. Kronstadt
United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26                                                  **Order**

27